```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, 88143
    Assistant United States Attorney
 3  Chief, Civil Division
    SARA WINSLOW, DCBN 457643
 4  Assistant United States Attorney

 5     450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102
 6     Telephone: (415) 436-7260
       Facsimile:  (415) 436-7169
 7
    Attorneys for Defendant
 8
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. ROBERSON, | ) |
| Plaintiff, | ) CIVIL NO.  05-02399 BZ |
| v. | ) STIPULATION AND ORDER EXTENDING DEFENDANT'S TIME TO FILE |
| JO ANNE B. BARNHART, Commissioner of Social Security, | ) RESPONSE TO PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to plaintiff's motion for summary judgment.[1]  Defendant's response was due on November 10, 2005, pursuant to Civil L.R.16-5.  Defendant's response is now due on December 12, 2005.

///
///
///
///
///
///

---

[1] See attached Declaration of John Cusker.

This is defendant's first request.

Dated: November 4, 2005

_____
GLENN M. CLARK
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: November 7, 2005  By: _____
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Dated: November 7, 2005

_____
BERNARD ZIMMERMAN
United States Magistrate

IT IS SO ORDERED
Judge Bernard Zimmerman

ROBERSON, EXT.MXSJ (jcc)
C 05-02399 BZ

2

```
 1  KEVIN V. RYAN, SBN 118321
    United States Attorney
 2  JOANN M. SWANSON, SBN 88143
    Chief, Civil Division
 3  SARA WINSLOW, DCBN 457643
    Assistant United States Attorney
 4
       450 Golden Gate Avenue, Box 36055
 5     San Francisco, California 94102
       Telephone: (415) 436-7260
 6     Facsimile:  (415) 436-7169
 7  Attorneys for Defendant
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JAMES W. ROBERSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JO ANNE B. BARNHART,<br>Acting Commissioner of<br>Social Security,<br><br>　　　　Defendant. | CIVIL NO. 05-02399 BZ<br><br>DECLARATION OF<br>IN SUPPORT OF DEFENDANT'S REQUEST<br>FOR EXTENSION OF TIME |

I, JOHN CUSKER, declare and state as follows:

　　1.　　I am an Assistant Regional Counsel in the Office of the General Counsel for the United States Social Security Administration ("SSA"), Region IX.

　　2.　　On October 11, 2005, Plaintiff filed his Motion for Summary Judgment or Remand. Defendant requests a thirty day extension of time to respond to Plaintiff's motion in order to explore the possibility of settlement by stipulated remand.

1 | I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.
2 | Executed in San Francisco, California on November 2, 2005.

By     /s/
JOHN CUSKER
Assistant Regional Counsel

2