| | |
|---|---|
| 1 | KEVIN V. RYAN, SBN 118321<br>United States Attorney |
| 2 | JOANN M. SWANSON, SBN 88143<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>SARA WINSLOW, DCBN 457643 |
| 4 | Assistant United States Attorney |
| 5 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102 |
| 6 | Telephone: (415) 436-7260<br>Facsimile:  (415) 436-7169 |
| 7 | |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JAMES W. ROBERSON, | ) | |
| Plaintiff, | ) | CIVIL NO.   05-02399 BZ |
| v. | ) | STIPULATION AND ORDER OF REMAND |
| JO ANNE B. BARNHART,<br>Commissioner of Social Security, | ) | |
| Defendant. | ) | |

    IT IS HEREBY STIPULATED by the undersigned for the respective parties, subject to the approval of the Court, that the decision of the previous Administrative Law Judge (ALJ) is vacated and this action is remanded to the defendant Commissioner pursuant to sentence four of 42 U.S.C. Section 405(g) for further administrative proceedings

    Upon remand, the ALJ will obtain supplemental vocational expert (VE) testimony and pose a hypothetical question to the VE to determine what effect Plaintiff's insulin dependence would have

///
///
///
///
///

on his ability to perform his past work as a commercial bus driver.

Dated: November 29, 2005

/s/
GLENN M. CLARK
Attorney for Plaintiff

KEVIN V. RYAN
United States Attorney

Dated: November 30, 2005     By:     /s/
SARA WINSLOW
Assistant United States Attorney

PURSUANT TO STIPULATION, IT IS SO ORDERED that this action is reversed and remanded, pursuant to sentence four of 42 U.S.C. 405(g), to the Commissioner for further proceedings.

Dated: December 6, 2005

BERNARD ZIMMERMAN
United States Magistrate Judge

ROBERSON, REMD,S4 (jcc)
C 05-02399 BZ

2